UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                                                  Case No. 24-cr-40051-JPG

JEFFREY T. DANCY,

       Defendant.

## MEMORANDUM AND ORDER

This case is before the Court on the Government's motion (Doc. 60) pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons ("BOP") to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal penalties imposed in this case. The defendant did not respond to motion, although he was given an opportunity to do so.

As set forth in the Government's motion, the BOP maintains in its possession, custody, or control $500.00 in encumbered funds belonging to the defendant that are currently in the defendant's trust account. At this time, there is no reason to conclude that the BOP has done anything with said funds and for the reasons stated in the motion, the Court concludes that cause exists to grant the motion. Therefore, it is hereby **ORDERED** that the Motion to Authorize Payment from Inmate Trust Account (Doc. 60) is **GRANTED**. It is further **ORDERED** that the BOP is authorized to turn over to the Clerk of Court, and the Clerk of Court shall accept funds in the amount of $500.00 currently held in the trust account for the following inmate:

Jeffrey T. Dancy
Reg No. 47069-511
FCI Manchester
P.O. Box 4000
Manchester, KY 40962

The Clerk of Court shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The plaintiff is to provide a copy of this Order to the BOP.

**IT IS SO ORDERED.**
**DATED**: **June 1, 2026**

**J. PHIL GILBERT**
**United States District Judge**